## APPENDIX

COMPLAINANTS EXHIBIT

Rodney VAN HUSKEY,
Movant–Appellant,

v.

STATE of Missouri, Respondent.
No. 71724.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 10, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Rodney Van Huskey, Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after a hearing. We have reviewed the record on appeal and the briefs of the parties and concluded the motion court's decision was not clearly erroneous. Rule 24.035(k). A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(2). We have provided a memorandum opinion for the use of the parties only. Judgment affirmed.